RECEIVED
IN LAKE CHARLES, LA

OCT 3 1 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DIRECTV, INC. | : | DOCKET NO. 2:04 CV 1153 |
| VS. | : | JUDGE MINALDI |
| TOM T. HOLLENSHEAD | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

Having considered the plaintiff, Directv, Inc.'s Motion for Default Judgment against the defendant, Tom T. Hollenshead, the affidavits and other evidence on file, the Court finds that the record supports default judgment. Accordingly,

IT IS ORDERED that the Clerk of Court enter default judgment pursuant to 47 U.S.C. §605, against the defendant, Tom T. Hollenshead, in the amount of $10,000.00 per device, equaling $300,000.00, with costs and disbursements in the amount of $236.59, and attorneys' fees in the sum of $2,576.00, totaling $302,812.59, plus post judgment interest at the legal rate in effect to accrue thereon from the date of this judgment until paid.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the defendant, Tom T. Hollenshead is permanently enjoined from committing or assisting in the commission of any violation of the Cable Communications Policy Act of 1984, as amended, 47 U.S.C. §605.

Lake Charles, Louisiana, this 31 day of October, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE